Michael S. Wilcox, SBN 215269
THE BURTON LAW FIRM
400 Capitol Mall, Suite 1850
Sacramento, California 95814
Telephone: (916) 822-8700
Facsimile: (916) 737-5658
E-Mail: mwilcox@lawburton.com

Attorneys for Plaintiff
BEST SANITIZERS, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEST SANITIZERS, INC., | Case No.: _____ |
| Plaintiff, | COMPLAINT FOR: |
| vs. | (1) Breach of Contract; |
| | (2) Open Book Account; |
| BRAND BUZZ LIMITED LIABILITY COMPANY, | (3) Account Stated; |
| | (4) Unjust Enrichment; and |
| Defendant. | (5) Declaratory Relief. |
| | **DEMAND FOR JURY TRIAL** |

Plaintiff Best Sanitizers, Inc. alleges on information and belief as follows:

## JURISDICTION AND VENUE

1. This Court has jurisdiction pursuant to 28 U.S.C. § 1332 as diversity exists between the parties and the value of the matter in controversy exceeds the sum of $75,000.00.

2. Venue in this jurisdiction is appropriate under 28 U.S.C. §§ 1391(a) and (b) because a substantial part of the transactions or events alleged in this Complaint occurred in this judicial district and the Defendants are subject to personal jurisdiction in this judicial district.

## PARTIES

3. Plaintiff Best Sanitizers, Inc. ("Plaintiff" or "Best Sanitizers") is a corporation organized and existing under the laws of the State of California with its principal place of business in Nevada City, California.

4. Defendant Brand Buzz Limited Liability Company. ("Defendant" or "Brand Buzz") is a limited liability company organized and existing under the laws of the State of New Jersey. Brand Buzz also operates under the name "Brand Buzz Consumer Products" or "BBCP."

## GENERAL ALLEGATIONS

5. Best Sanitizers is a California-based company founded in 1995 and is a premier manufacturer of innovative alcohol-based hand and surface sanitizers, manufacturing and selling products such as hand soaps, sanitizers, and lotions, surface sanitizers, wiping systems, footwear hygiene, industrial cleaners, and dispensing systems. Best Sanitizers supplies products to a variety of industries, including food processing and service, janitorial sanitation, healthcare, and education.

6. On information and belief, Brand Buzz is a company organized in the state of New Jersey, with a headquarters in the State of New York. Brand Buzz describes itself as a manufacturer of innovative household products with an emphasis on licensed brands. Based on its experience with Brand Buzz, Plaintiff believes that Brand Buzz's business model is primarily one of securing household products from various manufacturers and reselling such products under familiar brands that it has licensed. Brand Buzz advertises brands such as Clorox, Glad, and Kingsford.

7. Best Sanitizers and Brand Buzz entered into the Customer Agreement ("Agreement") attached hereto as **Exhibit A**. Jennifer L. Mahon, Brand Buzz's Senior Production & QA Manager executed the Agreement on January 13, 2021, on behalf of Brand Buzz and in so doing asserted that she was authorized to do so. The products that were the subject of the Agreement were branded as Clorox products and, on information and belief, intended to be re-sold by Brand Buzz pursuant to a Clorox license.

### Course of Transactions with Brand Buzz

8. Attached hereto as **Exhibit B** is a spreadsheet showing the complete history of ordering, invoicing, payment, and accumulated unpaid debt owed by Brand Buzz (hereafter

the "Past Due Balance") as well as finance charges on the Past Due Balance through the date of this Complaint, assessed and calculated as set forth in the provisions of the Agreement.

9. As set forth in **Exhibit B**, Brand Buzz placed its first order with Best Sanitizers on December 28, 2020, before the full execution of the Agreement on January 13, 2021. The invoice on this first order; however, was eventually fully paid and Best Sanitizers does not seek any further payment or interest for this first order.

10. As further set forth in **Exhibit B**, Brand Buzz placed a total of thirteen (13) orders, with its last order placed on March 3, 2021. Brand Buzz made a series of partial payments on most of these orders, paying some invoices off entirely, but leaving others partially or entirely unpaid. Brand Buzz made its last payment on August 30, 2021. In total, Brand Buzz purchased goods from Best Sanitizers having a value of $1,002,495.18. Brand Buzz paid $830,299.05 for such goods, leaving a Past Due Balance of $168,625.02, following a negotiated adjustment in the billing of $3,571.11.[1]

**Brand Buzz's Assurances and Admissions of Responsibility for Past Due Balance**

11. On numerous occasions Brand Buzz representatives confirmed that Brand Buzz owed the Past Due Balance and promised to bring the account with Best Sanitizers current.

12. For example:

    (a) On October 22, 2021, Jennifer Mahon, authorized representative of Brand Buzz, stated in an email to Carrie Derise, Best Sanitizers' Assistant Controller, that money owed on certain invoices would be "processed for payment" before the end of October 2021.

    (b) On November 19, 2021, after no payment and repeated inquiry, Ms. Mahon stated to Ms. Derise that past due payment would be processed by the end of November 2021.

    (c) In late December 2021 or early January 2022, after no payment as promised, Best Sanitizers threatening to turn the matter over to

---

[1] As reflected in **Exhibit B**, there were some isolated questions about pricing that Best Sanitizers timely addressed with adjustments to the invoices that Brand Buzz accepted.

collections, and escalating the request for payment to management, Ms. Mahon left a voicemail for Jason Petersen, Best Sanitizers' Product Development Manager, again promising payment.

13. In each of the foregoing communications, Brand Buzz acknowledged that it owed the sums for which Best Sanitizers sought payment, made no indication that any such debt was disputed, yet ultimately failed to pay.

**Best Sanitizers' Damages**

14. As a direct, legal, and proximate result of Defendant's wrongful actions and/or inaction, Best Sanitizers has suffered damages including, but not limited to, the following:

(a) Best Sanitizers has been damaged in the amount of and is entitled to recover as damages the Past Due Balance, amounting to $168,625.02.

(b) Best Sanitizers has been deprived of the use-value of the Past Due Balance and, pursuant to the provisions of the Agreement, is entitled to recover finance charges computed at 1 and ½ % per month (18% annually) of the sum of the Past Due Balance remaining thirty (30) days after invoicing. The sum of such charges amounts to $49,462.86, as of the date of this Complaint.

(c) Best Sanitizers has incurred and continues to incur reasonable attorney fees and other costs relating to the recovery of the Past Due Balance, which it is entitled to recover from Defendant pursuant to a fee shifting provision in the Agreement. The sum of such expenditures presently amounts to more than $10,000.00, and that sum continues to increase.

**FIRST CAUSE OF ACTION**

**(Breach of Contract)**

15. Best Sanitizers incorporates by reference each of the allegations of the foregoing paragraphs of this Complaint.

16. Best Sanitizers has performed or at all times was willing and prepared to perform all of the terms, conditions, and obligations on its part under the Agreement except insofar as Best Sanitizers was prevented from fulfilling its obligations as a result of Brand Buzz's

conduct or was excused from such obligations as a result of impossibility, failure of condition precedent or a similar legal excuse.

23   Brand Buzz has breached the Agreement as is alleged in the foregoing paragraphs of this Complaint.

24   As a direct, legal, and proximate result of Brand Buzz's breach of contract, Best Sanitizers has suffered damage including, but not limited to, that described in paragraph 14 of this Complaint, and is entitled to monetary compensation and other relief and remedies.

## SECOND CAUSE OF ACTION

### (Open Book Account)

25   Best Sanitizers incorporates by reference each of the allegations of the foregoing paragraphs of this Complaint.

26   Best Sanitizers alleges the following cause-of-action as an alternative to the other causes-of-action alleged in this Complaint.

27   Best Sanitizers and Brand Buzz engaged in a series of financial transaction in which Best Sanitizers sold and Brand Buzz purchased certain goods for which Brand Buzz was obligated to pay Best Sanitizers.

28   In the regular course of its business, Best Sanitizers kept a detailed and accurate written or electronic account of the debits and credits involved in the transactions as set forth in **Exhibit B** as well as in additional records kept by Best Sanitizers.

29   Brand Buzz made some payment on the account, but left a balance due.

30   Based upon Best Sanitizers' accounting, Brand Buzz owes an unpaid balance of $168,620.02 to Best Sanitizers.

## THIRD CAUSE OF ACTION

### (Account Stated)

31   Best Sanitizers incorporates by reference each of the allegations of the foregoing paragraphs of this Complaint.

32   Best Sanitizers alleges the following cause-of-action as an alternative to the other causes-of-action alleged in this Complaint.

33  Brand Buzz owes Best Sanitizers money based upon a series of financial transactions as set forth in the foregoing paragraphs of this Complaint and its **Exhibit B**.

34  Best Sanitizers and Brand Buzz, by words or conduct, agreed that the amount that Best Sanitizers claims to be due from Brand Buzz, the Past Due Balance, was the correct amount owed.

35  Brand Buzz, by words or conduct, promised to pay the Past Due Balance to Best Sanitizers.

36  Brand Buzz has not paid Best Sanitizers any part of the Past Due Balance.

37  The Past Due Balance amounts to $168,620.02.

### **FOURTH CAUSE OF ACTION**

### **(Unjust Enrichment)**

38  Best Sanitizers incorporates by reference each of the allegations of the foregoing paragraphs of this Complaint.

39  As set forth in the foregoing paragraphs of this Complaint and its **Exhibit B**, Best Sanitizers has conferred a benefit upon Brand Buzz in the form of goods transferred.

40  Brand Buzz has received the benefit of such goods without paying Best Sanitizers and Best Sanitizers has now been deprived of the benefit of the goods without recompense.

41  Best Sanitizers has suffered and continues to suffer damages equal to the amount Brand Buzz has been unjustly enriched as set forth herein.  It would be unfair and unjust for Brand Buzz to retain the benefit of the goods without payment therefore.  Best Sanitizers is entitled to recover the amount of such unjust enrichment.

### **FIFTH CAUSE OF ACTION**

### **(Declaratory Relief)**

42  Best Sanitizers incorporates by reference each of the allegations of foregoing paragraphs of this Complaint.

43  Best Sanitizers believes that Defendant owes it the Past Due Balance.

44      As is demonstrated by its failure to pay the Past Due Balance, Defendant believes that it is not obligated to pay.

45      An actual controversy has arisen and now exists between Best Sanitizers and Brand Buzz regarding the amount owed and the obligation to pay.

46      Best Sanitizers is entitled to and requests a judicial determination of the obligations of Brand Buzz under the Agreement or resulting from the series of transactions described in this Complaint and an order requiring Brand Buzz to pay the Past Due Balance and any additional associated costs and expenses incurred by Best Sanitizers.

## PRAYER FOR RELIEF

**WHEREFORE** Best Sanitizers prays for judgment as follows:

1. For all damages Best Sanitizers has suffered as a result of Defendant's breach of the Agreement, including but not limited to the Past Due Balance of $168,620.02, according to proof at trial;

2. Alternatively, for the amount owed to Best Sanitizers by Brand Buzz based upon Best Sanitizers' record of accounts and debits, according to proof at trial.

3. Alternatively, for the amount owed to Best Sanitizers by Brand Buzz as agreed between the two, according to proof at trial;

4. For a declaration that Best Sanitizers is owed the Past Due Balance of $168,620.02 and such other equitable relief as is appropriate;

5. For the award of finance charges of $49,462.86 as set forth in the Agreement.

6. For an award of reasonable attorneys' fees, costs and legal expense based upon the fee shifting provision of the Agreement;

7. For the award of post judgment interest in the amount allowed by law;

8. For such other and further relief as the Court deems appropriate; and

9. For the costs of suit incurred herein.

/ / /

/ / /

/ / /

**DEMAND FOR JURY TRIAL**

Plaintiff demands a trial by jury.

DATED: January 13, 2023

                              THE BURTON LAW FIRM

                          By  */s/ Michael S. Wilcox*
                                 Michael S. Wilcox

                                 Attorneys for Plaintiff
                                 BEST SANITIZERS, INC.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT "A"



ph: 888.225.3267 | fx: 530.265.1922
PO Box 1360, Penn Valley, CA 95946
www.bestsanitizers.com

# CUSTOMER AGREEMENT

COMPANY NAME __Brand Buzz LLC__

MAILING ADDRESS __1407 Broadway- Suite 601__

CITY __NEW YORK__   STATE __NY__   ZIP __10018__

MAIN PHONE __212-244-2456__   MAIN FAX _____

NAME & TITLE of OFFICERS/PRINCIPALS:
__STEVEN SHWEKY / PRESIDENT__

YEARS IN BUSINESS _____ or YEAR INCORPORATED __2014__

SALES TAX-EXEMPT? YES __X__ NO ____ RESALE CERTIFICATE # __46-4459948__
*A Re-Sale Certificate and current W-9 form MUST accompany this agreement.*

## AGREEMENT & AUTHORIZATION

Best Sanitizers, Inc. is hereby authorized to obtain credit, and/or financial information, from the credit references provided. It is understood that such credit, and/or financial information, will be held in strict confidence by Best Sanitizers, Inc. and used only in consideration to extend credit. Upon approval of credit, the above Company agrees that all purchases will be paid in full, in accordance with the terms of sale, as stated on Best Sanitizers, Inc. invoices. Finance charges computed at 1 ½ % per month (18% annually) may be added to invoices unpaid beyond the agreed upon terms. Should the above Company not pay according to terms, it is understood that credit privileges will be placed on hold and any new orders must be paid for in advance until account is brought current. Should Best Sanitizers, Inc. find it necessary to obtain assistance in collecting any past due balance, the above Company agrees to pay any related collection fees, as well as reasonable attorney fees and/or incurred court costs, as allowable by law. Unless otherwise agreed upon TERMS are Net 30 days from date of invoice and FOB shipping point. Freight charges are added to each invoice, unless another shipper is agreed upon and a valid account number for same is provided. . If damages and/or shortages occur, the loss MUST be noted on the Bill Of Lading AND advised to Best Sanitizers, Inc. within fifteen (15) business days, to make a claim (or short payment), otherwise the above Company will be responsible for the invoiced cost in full. By signing below you state that you are an authorized agent of the above company to engage in business and agree to the above in its entirety.

Authorized Signature __Jennifer L Mahon__   Date __1/13/2021__
Print Name __JENNIFER MAHON__   Print Title __Sr. Production & QA Manager__

**CREDIT REFERENCES MUST BE INCLUDED WITH THIS APPLICATION**

# EXHIBIT "B"

**Brand Buzz LLC**  
1/2/2023 *(Today's Date)*  
Invoice Dates From 1/1/2020 to 10/31/2022

| BB PO# | Invoice No. | Order Date | Invoice Date | Payment Due Date | Check Date | Invoice Amount | Check Amount | Amount Applied | Discount/ Variance* | Payment Days Late | BALANCE STILL DUE | Number of Months Past Due | 1.5% of Past Due Balance | Finance Charge (1.5% x Months) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BB10007 | 550248-BSI | 12/28/2020 | 12/30/2020 | 12/30/2020 | 1/14/2021 | 58,888.11 | 29,444.06 | 29,444.06 | | 15 | | | | |
| BB10007 | 550248-BSI | 12/28/2020 | 12/30/2020 | 12/30/2020 | 4/15/2021 | 58,888.11 | 289,047.90 | 29,444.05 | | 106 | 0 | | | |
| | | | | | | | | | | | | | | |
| BB100014 | 550876-BSI-Rev | 1/15/2021 | 1/19/2021 | 2/18/2021 | 4/15/2021 | 71,489.50 | 289,047.90 | 71,489.50 | | 56 | 0.00 | | | |
| BB100014 | 551692-BSI | 2/2/2021 | 2/3/2021 | 3/5/2021 | 4/15/2021 | 45,733.68 | 289,047.90 | 45,733.68 | | 41 | 0.00 | | | |
| BB100014 | 551695-BSI | 2/2/2021 | 2/3/2021 | 3/5/2021 | 4/15/2021 | 26,812.80 | 289,047.90 | 26,812.80 | | 41 | 0.00 | | | |
| BB100014 | 554001-BSI | 2/18/2021 | 4/16/2021 | 5/16/2021 | 8/30/2021 | 15,199.17 | 142,929.58 | 15,198.23 | 0.94 | 106 | 0.00 | | | |
| BB100014 | 557044-BSI | 2/18/2021 | 8/11/2021 | **9/11/2021** | | **23,202.13** | | | | **478** | **23,202.13** | 15.9 | 348.03 | 5,545.31 |
| | | | | | | | | | | | | | | |
| BB100015 | 551119-BSI-Rev | 1/21/2021 | 1/22/2021 | 2/21/2021 | 4/15/2021 | 43,763.95 | 289,047.90 | 43,763.95 | | 53 | 0.00 | | | |
| BB100015 | 551693-BSI | 2/2/2021 | 2/3/2021 | 3/5/2021 | 4/15/2021 | 8,357.70 | 289,047.90 | 8,357.70 | | 41 | 0.00 | | | |
| BB100015 | 551694-BSI | 2/2/2021 | 2/3/2021 | 3/5/2021 | 4/15/2021 | 33,224.40 | 289,047.90 | 33,224.40 | | 41 | 0.00 | | | |
| BB100015 | 552427-BSI | 2/19/2021 | 2/25/2021 | 3/27/2021 | 7/13/2021 | 8,508.15 | 197,931.08 | 8,497.20 | 10.95 | 108 | 0.00 | | | |
| | | | | | | | | | | | | | | |
| BB100021 | 551696-BSI | 2/2/2021 | 2/3/2021 | 3/5/2021 | 4/15/2021 | 2,376.71 | 289,047.90 | 2,376.71 | | 41 | 0.00 | | | |
| BB100021 | 552426-BSI | 2/18/2021 | 2/25/2021 | 3/27/2021 | 7/13/2021 | 55,089.69 | 197,931.08 | 55,089.69 | | 108 | 0.00 | | | |
| BB100021 | 552850-BSI | 2/18/2021 | 3/10/2021 | 4/9/2021 | 7/13/2021 | 9,264.10 | 197,931.08 | 9,264.10 | | 95 | 0.00 | | | |
| BB100021 | 553041-BSI | 2/18/2021 | 3/17/2021 | 4/16/2021 | 5/26/2021 | 6,976.40 | 170,946.43 | 6,976.40 | | 40 | 0.00 | | | |
| BB100021 | 552430-BSI | 2/18/2021 | 2/25/2021 | 3/27/2021 | 7/13/2021 | 21,723.79 | 197,931.08 | 21,721.80 | 1.99 | 108 | 0.00 | | | |
| BB100021 | 553736-BSI | 4/8/2021 | 4/8/2021 | **5/8/2021** | | **7,647.99** | | | | **604** | **7,647.99** | 20.1 | 114.72 | 2,309.69 |
| | | | | | | | | | | | | | | |
| BB100022 | 552428-BSI | 2/18/2021 | 2/25/2021 | 3/27/2021 | 7/13/2021 | 2,571.60 | 197,931.08 | 2,570.40 | 1.20 | 108 | 0.00 | | | |
| BB100022 | 552848-BSI | 2/18/2021 | 3/10/2021 | 4/9/2021 | 7/13/2021 | 18858.40 | 197,931.08 | 18,849.60 | 8.80 | 95 | 0.00 | | | |
| BB100022 | 552429-BSI | 2/18/2021 | 2/25/2021 | 3/27/2021 | 7/13/2021 | 38,724.00 | 197,931.08 | 38,724.00 | | 108 | 0.00 | | | |
| BB100022 | 553305-BSI | 2/18/2021 | 3/26/2021 | 4/25/2021 | 5/26/2021 | 9,863.76 | 170,946.43 | 9,863.76 | | 31 | 0.00 | | | |
| BB100022 | 553553-BSI | 2/18/2021 | 4/2/2021 | 5/2/2021 | 5/26/2021 | 270.24 | 170,946.43 | 270.24 | | 24 | 0.00 | | | |
| BB100022 | 555141-BSI | 5/27/2021 | 5/27/2021 | 6/26/2021 | 8/30/2021 | 728.62 | 142,929.58 | 728.28 | 0.34 | 65 | 0.00 | | | |
| BB100022 | 553737-BSI | 4/8/2021 | 4/8/2021 | **5/8/2021** | | **11,359.04** | | | | **604** | **11,359.04** | 20.1 | 170.39 | 3,430.43 |
| | | | | | | | | | | | | | | |
| BB100023 | 552846-BSI | 2/18/2021 | 3/10/2021 | 4/9/2021 | 7/13/2021 | 3,878.52 | 197,931.08 | 3,666.29 | 212.23 | 95 | 0.00 | | | |
| BB100023 | 552846-CM | 2/18/2021 | 7/26/2021 | 8/25/2021 | 7/13/2021 | -56.21 | 197,931.08 | -56.21 | | | 0.00 | | | |
| BB100023 | 553044-BSI | 2/18/2021 | 3/17/2021 | 4/16/2021 | 5/26/2021 | 29,614.40 | 170,946.43 | 28,704.63 | | 40 | 0.00 | | | |
| BB100023 | 553044-BSI | 2/18/2021 | 3/17/2021 | 4/16/2021 | 8/13/221 | 29,614.40 | 170,946.43 | 28,704.63 | 909.77 | 40 | 0.00 | | | |
| BB100023 | 552847-BSI | 2/18/2021 | 3/10/2021 | 4/9/2021 | 7/13/2021 | 20,810.32 | 197,931.08 | 20,803.32 | 7.00 | 95 | 0.00 | | | |
| BB100023 | 553998-BSI | 2/18/2021 | 4/16/2021 | 5/16/2021 | 8/30/2021 | 2,376.71 | 142,929.58 | 2,376.71 | | 106 | 0.00 | | | |
| BB100023 | 555142-BSI | 5/27/2021 | 5/27/2021 | 6/26/2021 | 8/30/2021 | 2,485.88 | 142,929.58 | 2,484.72 | 1.16 | 65 | 0.00 | | | |
| BB100023 | 553739-BSI | 2/18/2021 | 4/8/2021 | **5/8/2021** | | **4,407.31** | | | | **604** | **4,407.31** | 20.1 | 66.11 | 1,331.01 |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BB100024 | 552845-BSI | 2/18/2021 | 3/10/2021 | 4/9/2021 | 7/13/2021 | 6989.04 | 197,931.08 | 6,984.96 | 4.08 | 95 | 0.00 | | | |
| BB100024 | 553043-BSI | 2/18/2021 | 3/17/2021 | 4/16/2021 | 5/26/2021 | 13933.14 | 170,946.43 | 13,885.88 | | 40 | 0.00 | | | |
| BB100024 | 553043-BSI | 2/18/2021 | 3/17/2021 | 4/16/2021 | 8/13/2021 | 13933.14 | 170,946.43 | 13,885.88 | 47.26 | 40 | 0.00 | | | |
| BB100024 | 553304-BSI | 2/18/2021 | 3/26/2021 | 4/25/2021 | 5/26/2021 | 20093.49 | 170,946.43 | 20,093.49 | | 31 | 0.00 | | | |
| BB100024 | 553552-BSI | 2/18/2021 | 4/2/2021 | 5/2/2021 | 5/26/2021 | 36743.85 | 170,946.43 | 36,743.85 | | 24 | 0.00 | | | |
| BB100024 | 553554-BSI | 2/18/2021 | 4/2/2021 | 5/2/2021 | 5/26/2021 | 9165.64 | 170,946.43 | 9,165.64 | | 24 | 0.00 | | | |
| BB100024 | 554004-BSI | 2/18/2021 | 4/16/2021 | 5/16/2021 | 8/30/2021 | 33051.72 | 142,929.58 | 30,764.16 | 2,287.56 | 106 | 0.00 | | | |
| BB100024 | 557048-BSI | 2/18/2021 | 8/11/2021 | **9/11/2021** | | **1373.72** | | | | **478** | **1,373.72** | 15.9 | 20.61 | 328.32 |
| | | | | | | | | | | | | | | |
| BB100025 | 552849-BSI | 2/18/2021 | 3/10/2021 | 4/9/2021 | 7/13/2021 | 3458.00 | 197,931.08 | 3,458.00 | | 95 | 0.00 | | | |
| BB100025 | 553996-BSI | 2/18/2021 | 4/16/2021 | 5/16/2021 | 8/30/2021 | 27238.40 | 142,929.58 | 27,238.40 | | 106 | 0.00 | | | |
| BB100025 | 559214-BSI | 2/18/2021 | 10/26/2021 | **11/26/2021** | | **27052.20** | | | | **402** | **27,052.20** | 13.4 | 405.78 | 5,437.49 |
| | | | | | | | | | | | | | | |
| BB100026 | 552431-BSI | 2/18/2021 | 2/25/2021 | 3/27/2021 | 7/13/2021 | 8357.93 | 197,931.08 | 8,357.93 | | 108 | 0.00 | | | |
| BB100026 | 553997-BSI | 2/18/2021 | 4/16/2021 | 5/16/2021 | 8/30/2021 | 12256.61 | 142,929.58 | 12,251.94 | 4.67 | 106 | 0.00 | | | |
| BB100026 | 553040-BSI | 2/18/2021 | 3/17/2021 | 4/16/2021 | 5/26/2021 | 12456.22 | 170,946.43 | 12,456.22 | | 40 | 0.00 | | | |
| BB100026 | 555140-BSI | 2/18/2021 | 5/27/2021 | 6/26/2021 | 8/30/2021 | 6648.19 | 142,929.58 | 6,648.19 | | 65 | 0.00 | | | |
| BB100026 | 553735-BSI | 2/18/2021 | 4/8/2021 | **5/8/2021** | | **18904.80** | | | | **604** | **18,904.80** | 20.1 | 283.57 | 5,709.25 |
| BB100026 | 557045-BSI | 2/18/2021 | 8/11/2021 | **9/11/2021** | | **8971.06** | | | | **478** | **8,971.06** | 15.9 | 134.57 | 2,144.08 |
| | | | | | | | | | | | | | | |
| BB100027 | 554000-BSI | 2/18/2021 | 4/16/2021 | 5/16/2021 | 8/30/2021 | 7014.77 | 142,929.58 | 7,013.28 | 1.49 | 106 | 0.00 | | | |
| BB100027 | 554003-BSI | 2/18/2021 | 4/16/2021 | 5/16/2021 | 8/30/2021 | 871.26 | 142,929.58 | 810.96 | 60.30 | 106 | 0.00 | | | |
| BB100027 | 557047-BSI | 2/18/2021 | 8/11/2021 | **9/11/2021** | | **8174.76** | | | | **478** | **8,174.76** | 15.9 | 122.62 | 1,953.77 |
| BB100027 | 559213-BSI | 2/18/2021 | 10/26/2021 | **11/26/2021** | | **33726.24** | | | | **402** | **33,726.24** | 13.4 | 505.89 | 6,778.97 |
| BB100027 | | 2/18/2021 | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| BB100029 | 553551-BSI | 2/18/2021 | 4/2/2021 | 5/2/2021 | 5/26/2021 | 3648.69 | 170,946.43 | 3,648.69 | | 24 | 0.00 | | | |
| BB100029 | 554002-BSI | 2/18/2021 | 4/16/2021 | 5/16/2021 | 8/30/2021 | 19476.81 | 142,929.58 | 19,465.44 | 11.37 | 106 | 0.00 | | | |
| BB100029 | 555139-BSI | 2/18/2021 | 5/27/2021 | 6/26/2021 | 8/30/2021 | 16541.70 | 142,929.58 | 16,541.70 | | 65 | 0.00 | | | |
| BB100029 | 557046-BSI | 2/18/2021 | 8/11/2021 | **9/11/2021** | | **2363.10** | | | | **478** | **2,363.10** | 15.9 | 35.45 | 564.78 |
| BB100029 | | 2/18/2021 | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| BB100030 | 553042-BSI | 2/18/2021 | 3/17/2021 | 4/16/2021 | 5/26/2021 | 17306.10 | 170,946.43 | 17,306.10 | | 40 | 0.00 | | | |
| BB100030 | 553550-BSI | 2/18/2021 | 4/2/2021 | 5/2/2021 | 5/26/2021 | 10202.85 | 170,946.43 | 10,202.85 | | 24 | 0.00 | | | |
| | | | | | | | | | | | 0.00 | | | |
| BB100032 | 553039-BSI | 3/3/2021 | 3/17/2021 | 4/16/2021 | 5/26/2021 | 1628.68 | 170,946.43 | 1,628.68 | | 40 | 0.00 | | | |
| BB100032 | 553999-BSI | 3/3/2021 | 4/16/2021 | 5/16/2021 | 8/30/2021 | 1407.57 | 142,929.58 | 1,407.57 | | 106 | 0.00 | | | |
| BB100032 | 553738-BSI | 3/3/2021 | 4/8/2021 | **5/8/2021** | | **8283.89** | | | | **604** | **8,283.89** | 20.1 | 124.26 | 2,501.73 |
| BB100032 | 555143-BSI | 3/3/2021 | 5/27/2021 | **6/27/2021** | | **32787.90** | | | | **554** | **32,787.90** | 18.5 | 491.82 | 9,082.25 |
| BB100032 | 557049-BSI | 3/3/2021 | 8/11/2021 | **9/11/2021** | | **9814.94** | | | | **478** | **9,814.94** | 15.9 | 147.22 | 2,345.77 |
| | | | | | | | | | | | | | | |
| BB100015 | 559560-CM | | 11/9/2021 | | | **-1598.95** | | | | Avail Credit | **-1,598.95** | | | |
| | ONACCT** | | | | 4/15/2021 | **-27845.11** | | | | Avail Credit | **-27,845.11** | | | |

| **1,002,495.18** | **830,299.05** | 802,453.94 | 3,571.11 | **168,625.02** | 2,971.04 | **49,462.86** |
|---|---|---|---|---|---|---|
| Total Invoiced | Total Paid | Applied to Invoices | Discounted* | Total Past Due | | Total Finance Charges |
| 1,002,495.18 | | | | | | |

| **Past Due Invoices + Monthly Finance Fee** | **$218,087.88** |
|---|---|

* NOTE: Discount/variance - adjustments made due to price variances. BrandBuzz was to be charged negotiated Clorox pricing.

** ONACCT credit is from 04.15.2021 payment - portion not applied. Applied $261,202.79 of $289,047.90 to invoices due.