Michael S. Wilcox, SBN 215269
THE BURTON LAW FIRM
400 Capitol Mall, Suite 1850
Sacramento, California 95814
Telephone: (916) 822-8700
Facsimile: (916) 737-5658
E-Mail: mwilcox@lawburton.com

Attorneys for Plaintiff
BEST SANITIZERS, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEST SANITIZERS, INC.,<br><br>    Plaintiff,<br><br>    vs.<br><br>BRAND BUZZ LIMITED LIABILITY COMPANY,<br><br>    Defendant. | **Case No.: 2:23-cv-00088-DAD-DB**<br><br>**NOTICE OF SETTLEMENT AND REQUEST FOR CONTINUANCE** |

Plaintiff hereby notifies the Court that the parties in the above-captioned matter have reached a settlement and are awaiting the completion of certain terms thereof. Plaintiff anticipates the dismissal of this matter shortly and respectfully requests that any and all deadlines, including the requirement of Federal Rule of Civil Procedure 4(m), be continued thirty (30) days.

DATED: April 12, 2023

                                          THE BURTON LAW FIRM


                                          By   /s/ Michael S. Wilcox
                                                 Michael S. Wilcox

                                          Attorneys for Plaintiff
                                          BEST SANITIZERS, INC.