Michael S. Wilcox, SBN 215269
THE BURTON LAW FIRM
400 Capitol Mall, Suite 1850
Sacramento, California 95814
Telephone: (916) 822-8700
Facsimile: (916) 737-5658
E-Mail: mwilcox@lawburton.com

Attorneys for Plaintiff
BEST SANITIZERS, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEST SANITIZERS, INC.,<br><br>            Plaintiff,<br><br>    vs.<br><br>BRAND BUZZ LIMITED LIABILITY COMPANY,<br><br>            Defendant. | **Case No.: 2:23-cv-00088-DAD-DB**<br><br>**DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) plaintiff, Best Sanitizers, Inc., by and through its counsel, hereby dismisses this action with prejudice.

DATED: May 1, 2023

                         THE BURTON LAW FIRM


                         By   /s/ Michael S. Wilcox
                              Michael S. Wilcox

                              Attorneys for Plaintiff
                              BEST SANITIZERS, INC.